THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BETHANN D. HOSLER | : | CASE NO. 1:13-bk-04728-HWV |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| ANDREW R. VARA | : | |
| UNITED STATES TRUSTEE | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| BETHANN D. HOSLER | : | |
| | : | |
| Respondent | : | |

## MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE

NOW COMES, the United States Trustee ("UST"), through undersigned counsel, and moves to reopen this case. In support of this motion, the United States Trustee avers as follows:

1. The United States Trustee brings this Motion to Reopen pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010, together with 28 U.S.C. § 586 and 11 U.S.C. § 307.

2. Debtor in this matter is Bethann D. Hosler.

3. On September 15, 2013, Debtor filed a voluntary petition for bankruptcy relief under Chapter 13 of the Bankruptcy Code. Docket Entry Number[1]

4. Charles J. DeHart, III, Esquire was appointed trustee on September 15, 2013. Doc. No. 4.

5. On November 25, 2013, Trustee DeHart filed a certification that the Section 341 meeting was held. Doc No. 25.

---

[1] Hereinafter "Doc. No."

6. The Debtor received her discharge on March 22, 2019, and the case was closed on March 22, 2019. Doc. Nos. 120 and 121.

7. The UST has received information that the Debtor is involved in an undisclosed pending personal injury matter[2], and that there may be proceeds to administer which are attributable to the bankruptcy estate pursuant to Section 541 of the Bankruptcy Code.

8. The UST respectfully requests that the Court reopen this case for cause and determine that the appointment of a trustee is necessary to protect the interests of creditors by investigating the circumstances described above, pursuant to F.R.B.P 5010.

WHEREFORE, for the reasons stated above, the United States Trustee respectfully requests that this Court reopen the captioned case and determine that the appointment of a trustee is necessary.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 AND 9

By: /s D. Troy Sellars
D. Troy Sellars, Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1501 North 6th Street, Box 302
Harrisburg, PA 17102
Tel. (717) 221-4515/Fax (717) 221-4554
Bar I.D. #210302
Email: D.Troy.Sellars@usdoj.gov

Dated: June 27, 2023

---

[2] To avoid any confusion, the UST notes that the Debtor disclosed a pending personal injury matter on her Schedule B, however, upon information and belief, the UST posits that the disclosed matter related to an auto accident and is separate from the personal injury matter that is at issue in this motion.