IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
BETHANN D HOSLER :
: CASE NO. 1:13-bk-04728
Debtor :
:
:

**SUMMARY COVER SHEET**
**FEES AND EXPENSES APPLICATION**

a. Your applicant was appointed on 9/15/2013 based on an application filed 9/15/2013.

b. Your applicant represents Bethann D Hosler.

c. This application is an interim application.

d. The total amount of compensation for which reimbursement is sought is $840.00 and is for the period from 6/26/23 to 7/21/23.

e. The total amount of expenses for which reimbursement is sought is $81.50 and is for the period from 6/26/23 to 7/21/23.

f. The dates and amounts of any retainer received are n/a.

g. The dates and amounts of withdrawals from the retainer by the Applicant are n/a.

h. The dates and amounts of previous compensation allowed are: $500.00

i. The dates and amounts of previous compensation paid are:

    6/13/17: $500 disbursed by chapter 13 Trustee

j. There are/are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

        /s/ Kara K. Gendron
        Kara K. Gendron, Esquire
        MOTT & GENDRON LAW
        125 State Street
        Harrisburg, PA 17101
        http://www.mottgendronlaw.com
        T: (717) 232-6650 | F: (717) 232-0477
        karagendron@gmail.com

Date: **July 21, 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BETHANN D HOSLER | : | |
|     Debtor | : | CASE NO. 1:13-bk-04728 |
| | : | |
| | : | |
| | : | |

**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    COMES NOW, Kara K. Gendron, Esquire, counsel for the Debtor, and applies to the Court for payment of counsel fees as follows:

1. Applicant is counsel for Debtor(s).

2. The Debtor(s) filed a voluntary Chapter 13 petition on 9/15/2013 and subsequently terminated her former attorney and employed the undersigned..

3. Applicant filed an amended plan, sought $500 in attorney fees, and those fees were disbursed in 2017.

4. The case was subsequently closed and the Chapter 13 Trustee alerted the undersigned that a personal injury firm had contacted him regarding a settlement for a medical device. The US Trustee reopened the case to administer the settlement.

5. This Application is an interim application.

6. (Check all applicable items)

    ☒ a. Debtor(s)' Chapter 13 Plan was confirmed on 5/1/14.

    ☒ b. The order approving the last post-confirmation modification of Debtor(s)' confirmed Chapter 13 plan was entered on 6/5/17

    ☐ c. Debtor(s) have not confirmed a Plan.

7. The dates and amounts of previous compensation paid are:

    a. as a retainer (list dates and amounts); n/a

    b. paid by the Chapter 13 Trustee through a confirmed Plan (list dates and amounts);
        6/13/17: $500 disbursed by chapter 13 Trustee

c. other (describe source, amount and date paid).  n/a

8. Compensation previously approved by the Court following the filing of an interim Application are: (dates and amounts). n/a

9. Applicant requests compensation in the amount of $840.00   and reimbursement of expenses in the amount of $81.50   for the period of  6/26/23   to  7/21/23. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as an Exhibit  to this Application.

10. Legal services were provided by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

11. (Check one)

   ☒  Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

   ☐ Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

   ☐ Debtor(s) have not reviewed this Application prior to its filing.

   ☐ Debtor(s) have not approved the requested amounts.

12. Objections are pending to the following prior fee applications: (list date application was filed and name of objector, if no objections pending state "none").  None

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $840.00    and reimbursement of expenses in the amount of $81.50    pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BETHANN D HOSLER | : | |
| | : | CASE NO. 1:13-bk-04728 |
| | : | |
| | : | |
| Debtor(s) | : | |

The names and hourly rates of all applicants, professionals and para-professionals who billed for time in this matter are as follows:

Kara K. Gendron, Attorney            $400.00 per hour

Applicant avers that said rate is fair in view of Applicant's experience in the area of Bankruptcy Law.

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BETHANN D HOSLER | : | |
| | : | CASE NO. 1:13-bk-04728 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER APPROVING APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

**UPON CONSIDERATION** of the Application of Attorney for Chapter 13 Debtor(s) for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C.§330 and 11 U.S.C.§503(B)(4) filed by Kara K. Gendron counsel for the Debtors, it is hereby

**ORDERED AND DECREED** that the compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C.§330 and 11 U.S.C.§503(B)(4) will be allowed for the payment of fees up to the amount of $840.00 and $81.50 for costs, for the time period from 6/26/23 to 7/21/23 through the Debtors' plan.