**Mott & Gendron Law**
125 State Street
Harrisburg, PA 17101
https://www.mottgendronlaw.com

Phone: (717) 232-6650     Fax: (717) 232-0477
**S T A T E M E N T**
July 21, 2023

**Bethann D Hosler**
5417 Springtide Drive
Harrisburg, PA 17111

| Client ID: | 7966 | Account Description: | Chapter 13/Trustee Receipts | Page 1 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $921.50 | |

Statement Period: All Dates

**TRANSACTION SUMMARY**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 7/21/2023 | Hourly Bill Posting<br>Period: 07/21/2023 | $840.00 | $0.00 | C | $840.00 |

| Date | Timekeeper | Hours | Rate* | Charge* |
|---|---|---|---|---|
| 6/26/2023 | Kara K. Gendron | 0.50 | $400.00 | $200.00 |
| | Emails to and from attorney Guerra of Onder Law re Bayer settlement; itemization of expenses, discussion of exemptions. | | | |
| 6/27/2023 | Kara K. Gendron | 0.30 | $400.00 | $120.00 |
| | Telephone call with client re settlement procedure, exemptions, projected plan payment. | | | |
| 6/29/2023 | Kara K. Gendron | 0.20 | $400.00 | $80.00 |
| | Emails to and from Onder Law re request to reduce contingency fee of 40% to 33%. | | | |
| 7/21/2023 | Kara K. Gendron | 0.80 | $400.00 | $320.00 |
| | Reviewing settlement paperwork, Drafting motion for approval of settlement. | | | |
| 7/21/2023 | Kara K. Gendron | 0.30 | $400.00 | $120.00 |
| | Emails to and from debtor re settlement, itemizations, plan balance, student loans. | | | |
| 7/21/2023 | Kara K. Gendron | 0.70 | N/C | N/C |
| | Drafting fee application. | | | |
| | **Total Hours:** | **2.80** | | |

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 7/21/2023 | Expense Posting<br>Period: 07/21/2023 | $81.50 | $0.00 | C | $921.50 |

| Date | Expense Description | Amount |
|---|---|---|
| 7/21/2023 | postage for motion to approve settlement (50 @ $0.63) | $31.50 |
| 7/21/2023 | copies of motion to approve settlement (200 @ $0.25) | $50.00 |

*C = Charge, P or X = Payment, A or W = Adjustment, B = Balances Forwarded, Y = Transfer to Trust Account, N/C = No Charge

**Mott & Gendron Law**
125 State Street
Harrisburg, PA 17101
https://www.mottgendronlaw.com

Phone: (717) 232-6650   Fax: (717) 232-0477
**S T A T E M E N T**
July 21, 2023

**Bethann D Hosler**
5417 Springtide Drive
Harrisburg, PA 17111

| **Client ID:** | 7966 | **Account Description:** | Chapter 13/Trustee Receipts | | | Page 2 |
|---|---|---|---|---|---|---|
| **Acct** | 1 | **Balance:** | $921.50 | | | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | | | | **Balance:** | **$921.50** |

**Comments:**