IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| BETHANN D HOSLER : | |
| : | CASE NO. 1:13-bk-04728 |
| Debtor : | |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

MOTT & GENDRON LAW, 125 STATE STREET, HARRISBURG, PA 17101 hereby certifies that a copy of the Notice and Motion to Approve Settlement was mailed today to all parties named on the mailing matrix attached hereto electronically or by regular first class mail.

Dated: July 21, 2023       Signed: /s/ Nancy Spincken
                                   Paralegal