| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:13-bk-04728-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Jul 21 10:16:06 EDT 2023 | Bank of America, N.A., its assignees and/or<br>c/o Prober & Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Carrington Mortgage Services, LLC (servicing<br>c/o Prober & Raphael, A Law Corporation<br>1600 South Douglass Road<br>Anaheim,, CA 92806-5948 |
| U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | 16001 North Dallas Parkway<br>Addison, TX 75001-3311 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Anne K. Fiorenza, Esq.<br>Assistant U.S. Trustee<br>P.O. Box 969<br>Harrisburg, PA 17108-0969 | BANK OF AMERICA, N.A., its assignees<br>and/or successors in interest<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | Bank of America<br>4161 Piedmont Pkwy<br>Simi Valley, CA 93065 |
| Bank of America, N.A.<br>16001 North Dallas Parkway<br>Addison, TX 75001-3311 | Barclays Bank<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | (p)DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Carrington Mortgage Services, LLC<br>(servicing rights only)<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 |
| Carrington Mortgage Services, LLC<br>(servicing rights only)<br>1600 South Douglass Road<br>Anaheim, CA 92806<br>Carrington Mortgage Services, LLC<br>(servicing rights only) 92806-5948 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Credit Collection Services<br>Two Wells Avenue, Dept. 9134<br>Newton, MA 02459-3225 |
| Credit First<br>PO Box 81315<br>Cleveland, OH 44181-0315 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181-8011 | Dauphin County Tax Claim Bureau<br>P.O. Box 1295<br>Harrisburg, PA 17108-1295 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Department of Veterans Affairs<br>PO Box 8079<br>Philadelphia, PA 19101-8079 | Dfs/webbank<br>PO Box 81607<br>Austin, TX 78708-1607 |
| Eastern Account System<br>PO Box 837<br>Newtown, CT 06470-0837 | Fedloan<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | Four Seasons Homeowners Association<br>StephenJ Dzuranin, Esq<br>Wix Wenger and Weidner<br>PO Box 845<br>Harrisburg, PA 17108-0845 |
| Four Seasons Homeowners Association<br>c/o Property Management, Inc<br>P.O. Box 622<br>Lemoyne, PA 17043-0622 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/capone<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |

| | | |
|---|---|---|
| Living<br>P.O. Box 60001<br>Tampa, FL 33660-0001 | Lower Paxton Township<br>Diane K. Bair, Tax Collector<br>4919-C (Rear) Jonestown Road<br>Harrisburg, PA 17109 | Lower Paxton Township Authority<br>425 Prince Street<br>Harrisburg, PA 17109-3053 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | National Recovery<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Nco Fin /99<br>PO Box 15636<br>Wilmington, DE 19850-5636 | Office of Attorney General<br>Financial Enforcement Section<br>Harrisburg, PA 17120-0001 |
| Office of the U.S. Trustee<br>P.O. Box 969<br>Harrisburg, PA 17108-0969 | One Main Financial<br>6801 Colwell Blvd<br>C/S Care Dept<br>Irving, TX 75039-3198 | One Main Financial<br>PO Box 183172<br>Columbus, OH 43218-3172 |
| PA Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Publishers Clearing House<br>PO Box 4002936<br>Des Moines, IA<br>50340-2936 |
| Thd/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | (p)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | United States Attorney<br>P.O. Box 11754<br>Harrisburg, PA 17108-1754 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Wake Emergency Physicians, PA<br>PO Box 60968<br>Charlotte, NC 28260-0968 | Wfds/wds<br>P.O. Box 1697<br>Winterville, NC 28590-1697 |
| c/o Stephen J. Dzuranin, Esquire<br>WIX, WENGER & WEIDNER<br>508 N Second Street<br>Harrisburg, PA 17101-1061 | Bethann D. Hosler<br>5417 Springtide Drive<br>Harrisburg, PA 17111-3754 | Dorothy L Mott<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bureau of Employer Tax Oper<br>P.O. Box 68568<br>Harrisburg, PA 17106 | Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Department of Justice<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)Four Seasons Homeowners Association | (u)Wells Fargo Bank, N.A. dba Wells Fargo Dea |
| (u)Bonded Collection | End of Label Matrix<br>Mailable recipients   54<br>Bypassed recipients    4<br>Total                 58 | |