IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
BETHANN D HOSLER :
   Debtor : CASE NO. 1:13-bk-04728
:
:
:
:

**<u>ORDER</u>**

UPON CONSIDERATION of the Motion For Approval of Settlement, Doc. 132, it is

ORDERED that the settlement negotiated in the Debtor's personal injury case is approved and that the settlement funds shall be distributed as stated in the Motion.

By the Court,

*/s/ Henry W. Van Eck*

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 15, 2023